

2014 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-21-2014

# United Industrial Service Tran v. Government of the Virgin Islan

Precedential or Non-Precedential: Precedential

Docket No. 13-1247

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2014

Recommended Citation

"United Industrial Service Tran v. Government of the Virgin Islan" (2014). *2014 Decisions.* Paper 320.
http://digitalcommons.law.villanova.edu/thirdcircuit_2014/320

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2014 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT
_____

No. 13-1247
_____

UNITED INDUSTRIAL, SERVICE, TRANSPORTATION,
PROFESSIONAL AND GOVERNMENT WORKERS
OF NORTH AMERICA SEAFARERS INTERNATIONAL
UNION, ON BEHALF OF ERNEST BASON,

Petitioner

v.

GOVERNMENT OF THE VIRGIN ISLANDS
_____

On Writ of Certiorari to the Supreme Court
of the Virgin Islands
(V.I. S. Ct. Civ. No.: 2011-0115)
_____

Argued December 10, 2013

BEFORE: FISHER, COWEN AND NYGAARD,  Circuit Judges

_____

ORDER AMENDING OPINION
_____

IT IS HEREBY ORDERED that the opinion in the above case, filed March 19,

2014, be amended as follows:

Page 14, the sentence that read:

It notified this Court "that on or about April 4, 2012 nominal appellant Attorney Ernest

Bason passed away."  (Suggestion of Death at 1.)

shall read:

It notified this Court "that on or about September 3, 2013 nominal appellant Attorney

Ernest Bason passed away." (Suggestion of Death at 1.)

BY THE COURT,


s/ Robert S. Cowen
Circuit Judge

Dated: March 21, 2014